Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Dondre Foster,
Plaintiff

v.

Director Brophy, et al,
Defendants

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 24-CV-6728

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the judgment is in favor of the petitioner.

Date: February 12, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk